IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ADVANCED DIRECTORY SALES,

         Plaintiff,

    v.

ALLENTOWN MEDICAL SERVICES, et
al.,

         Defendants.

Civil No. 06-810-JBS-AMD

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **18th** day of **August 2008**, hereby **ORDERED**:

1.  The Final Pretrial Conference shall be conducted on **September 8, 2008 at 3:30 P.M.**.  The parties should be prepared to discuss settlement, and clients with settlement authority shall be available via telephone.

The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference.  **FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.  FED. R. CIV. P. 16(d).**

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Jerome B. Simandle